Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

## Report on Offender Under Supervision

**Name of Offender:**  George Heckler                    **Case Number:**  2:24CR00326-001

**Name of Sentencing Judicial Officer:**  The Honorable Madeline Cox Arleo, United States District Judge
**Name of Current Judicial Officer:**  The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:**  July 21, 2021

**Original Offense:**  Securities Fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff; 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2- Up to 20 years' imprisonment/ $5,000,000 fine, a Class C Felony

**Original Sentence:**  The defendant was committed to the custody of the Bureau of Prisons for 63 months followed by 36 months of supervised release.  Restitution of $36,772,895.00 was ordered to be paid, due immediately.  A special assessment of $100 was also ordered.  Special Conditions ordered include:  1) The defendant must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office.  The defendant must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court.  The defendant must alert all medical professionals of any prior substance abuse history, including and prior history of prescription drug abuse.  2)  Upon request, the defendant must provide the U.S. Probation Office with full disclosure of financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns.  With the exception of the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office.  The defendant must cooperate with the U.S. Probation Officer in the investigation of your financial dealings and must provide truthful monthly statements of your income.  The defendant must cooperate in the signing of any authorization to release information forms permitting the U.S. Probation Office access to your financial records.  3) The defendant must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court.  As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court.  The U.S. Probation Office will supervise compliance with this condition.  4)  The defendant is prohibited from incurring any new credit charged, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office.  You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.  5)  As a further special condition of supervised release, the defendant must refrain from being employed supervised or unsupervised, in any position that would require him to solicit and/or invest monies from third parties.

Prob 12A  
(Rev. 01/2020 - D/SC)                                                                                                    Page 2

**Type of Supervision:** Term of Supervised Release        **Date Supervision Commenced:** February 29, 2024

**Previous Court Action/Notification(s):** On April 3, 2024, the District of New Jersey Court was notified that on March 5, 2024, Mr. Heckler submitted a urine sample that tested positive for alcohol. He admitted to consuming alcohol on March 1, through March 4, 2024. He was assessed for mental health and substance abuse treatment in March 2024, and services were not recommended. He was later enrolled into substance abuse treatment in April 2024. A transfer of jurisdiction was also recommended as Mr. Heckler has no ties to the District of New Jersey and intends to reside in South Carolina for the duration of his supervised release.

On April 29, 2024, jurisdiction was transferred to the District of South Carolina.

On July 12, 2024, the Court modified the defendant's conditions and set his restitution payments to no less than $50.00 per month beginning within 30 days of the signed order.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **Use of Alcohol:** George Heckler submitted a urine sample on November 8, 2024, that tested positive for alcohol. He admitted to drinking alcohol the day prior. The sample was confirmed positive for alcohol by Abbott Toxicology Inc., on November 21, 2024. |

**U.S. Probation Officer Action:** The probation office respectfully requests that Mr. Heckler be considered for the Bridge program. The defendant has been placed on a system of increased random drug testing and is active in the AA/NA community. Mr. Heckler reports he can meet program requirements and is receptive to additional accountability to help cease his drinking problem.

*It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.*

                                                    Respectfully Submitted,

                                            By:    _Paige Mathias_____
                                                    Paige P. Mathias
                                                    U.S. Probation Officer
                                                    Charleston Office

                                                    Date: November 26, 2024

Reviewed and Approved By:

_Katrina Robinson-Curtis_  
Katrina Robinson-Curtis  
Supervising U.S. Probation Officer

Prob 12A
(Rev. 01/2020 - D/SC)

Page 3

| | |
|---|---|
| [X] | Agree with Probation Officer's recommendation |
| [ ] | Submit a Request for Modifying the Condition or Term of Supervision |
| [ ] | Submit a Request for Warrant or Summons |
| [ ] | Other |

*/s/ Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge

  December 2, 2024
Date